MARIO ERCOLANO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. EDWARD W. WERDER, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Moser, Roveto & McGough* for the petitioner.

*Mr. Rudolph Markowitz* for the respondents.

November 9, 1964. ▮▮▮▮

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. J. MINOR SULLIVAN, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Law Division.

*Mr. Stephen F. Lichtenstein* and *Mr. H. Jonathan Fox* for the petitioner.

*Mr. Vincent Panaro* and *Mr. John J. Barry* for the respondent.

November 9, 1964. ▮▮▮▮